162 A.3d 839

**BLOUNT, Raymond Edward**

v.

**STATE of Maryland**

**Pet. Docket No. 75, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1808, Sept. Term, 2016).

Petition for writ of certiorari denied

■

162 A.3d 839

**BROWN, Anthony W.**

v.

**STATE of Maryland**

**Pet. Docket No. 87, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 955, Sept. Term, 2015).

Petition for writ of certiorari denied.